IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In RE: | BRIAN M. HECKMAN | § | Case Number: | 17-11306-TPA-13 |
| | JESSE D. HECKMAN | § | | |
| | Debtor(s) | § | Chapter: | 13 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Ally Financial hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LP hereby requests that:

(i) all notices given or required to be given in the case; and

(ii) all pleadings and correspondence served or required to be served in this case,

regarding Ally Financial should be directed to AIS Portfolio Services, LP at the following mailing address effective immediately:

Attn:  Ally Financial Department
AIS Portfolio Services, LP
Account:  XXXXXXXX3193
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Arvind Nath Rawal
Arvind Nath Rawal
Claims Processor
Bankruptcy Servicer for Ally Financial
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 1358404