## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-11306-TPA |
| Brian M. Heckman and | : | |
| Jesse D. Heckman, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 81 |
| Brian M. Heckman, | : | |
| Movant | : | Hearing Date & Time: December 15, 2021 |
| v. | : | 10:00 AM |
| | : | |
| Diamond Engineering Associates, LLC | : | |
| 730 Route 22 Highway | : | |
| Blairsville, PA 15717 | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR ORDER TERMINATING WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Order Terminating Wage Attachment filed on November 15, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Order Terminating Wage Attachment appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Order Terminating Wage Attachment were to be filed and served no later than December 2, 2021.

It is hereby respectfully requested that the Order attached to the Motion for Order Terminating Wage Attachment be entered by the Court.

Dated: December 3, 2021                         /s/ Kenneth P. Seitz, Esquire
                                                Kenneth P. Seitz, Esquire
                                                PA I.D. #81666
                                                Law Offices of Kenny P. Seitz
                                                P.O. Box 211
                                                Ligonier, PA 15658
                                                (814) 536-7470