# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : **Bankruptcy No. 17-11306-TPA**
**Brian M. Heckman and**                            :
**Jesse D. Heckman,**                               : **Chapter 13**
       **Debtors**                                :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of December, 2021, a true and correct copy of the Order dated December 6, 2021, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

DIAMOND ENGINEERING ASSOCIATES, LLC
730 ROUTE 22 HIGHWAY
BLAIRSVILLE, PA 15717

BRIAN M. HECKMAN
JESSE D. HECKMAN
326 SUTTON STREET
PUNXSUTAWNEY, PA 15767

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: December 7, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470