# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: **Bankruptcy No. 17-11306-TPA**
**Brian M. Heckman and** :
**Jesse D. Heckman,** : **Chapter 13**
        **Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 1st day of February, 2022, a true and correct copy of the Order dated January 31, 2022, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    CHILDREN'S BEHAVIORAL HEALTH, INC.
    210 SOUTH CENTRE STREET
    POTTSVILLE, PA 17901

    BRIAN M. HECKMAN
    JESSE D. HECKMAN
    326 SUTTON STREET
    PUNXSUTAWNEY, PA 15767

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>February 1, 2022</u>

    Respectfully submitted,
    /s/ Jessica L. Tighe
    Jessica L. Tighe; Legal Asst.
    Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470