**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/25/2022

IN RE:

BRIAN M. HECKMAN
JESSE D. HECKMAN
326 SUTTON STREET
PUNXSUTAWNEY, PA  15767
XXX-XX-4865          Debtor(s)

XXX-XX-3485

Case No.17-11306 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/25/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9446 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 14,450.00<br>COMMENT: $CL-PL@5%/PL*910/PL*W/24 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3193 |
| **ONE MAIN FINANCIAL OF PA INC FKA SPRINGLE**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 5<br>CLAIM: 9,654.92<br>COMMENT: 9655@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1101 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 12/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9440 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA 17104-1444 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PEEBLES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5542 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PEEBLES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4866 |

| Creditor | Claim Info | Description |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~VCTR SCRT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7357 |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br><br>ALTOONA, PA  16601-1940 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  KHALAF IMAGING LLP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8457 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br><br>PORTLAND, OR  97208 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 3-2<br><br>CLAIM:  73,750.57<br>COMMENT:  8785/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3485 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE  68508 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5189 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE  68508 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0485 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE  68508 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1385 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE  68508 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7385 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br><br>LINCOLN, NE  68508 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DEPT OF ED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1485 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br><br>WARREN, PA  16365 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0008 |
| **NORTHWEST BANK ASSGNEE NORTHWEST CD**<br>PO BOX 337<br><br>WARREN, PA  16365 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM:  1,700.44<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4504 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **PLAIN GREEN LOANS LLC*** <br> ATTN CUSTOMER SERVICE <br> PO BOX 42560 <br> PHILADELPHIA, PA 19101 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6224 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 531.90 <br> COMMENT: SYNCHRONY/SAMS CLUB | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8529 |
| **WEBBANK-FINGERHUT** <br> 6250 RIDGEWOOD RD <br> ST CLOUD, MN 56303 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7705 |
| **ALLY FINANCIAL(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br> PHOENIX, AZ 85062-8367 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 3,903.33 <br> COMMENT: NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3193 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 3,819.30 <br> COMMENT: THRU 11/17*3820/PL | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 9440 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 6 <br> CLAIM: 729.31 <br> COMMENT: NT/SCH*CAPITAL ONE*CHARGE OFF 1/2/2018 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2497 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 608.03 <br> COMMENT: NT/SCH*GECC/LOWES*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8931 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 324.51 <br> COMMENT: NT/SCH*CITIBANK*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6696 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 859.77 <br> COMMENT: NT/SCH*GEMB/WALMART*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8942 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |

| AIS PORTFOLIO SERVICES (AMERICAN INFO SC | Trustee Claim Number: 31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: ALLY FNCL/PRAE | |

| PEOPLES NATURAL GAS CO LLC* | Trustee Claim Number: 32  INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 9212 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15212 | COMMENT: PMT/DOE*BGN 3/22-DIST*DK | |

Case 17-11306-TPA    Doc 95    Filed 02/25/22    Entered 02/25/22 14:39:43    Desc
Page 6 of 6