

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     17-11306

DEBTOR(S):

BRIAN M HECKMAN

JESSE D HECKMAN

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 10 IN THE AMOUNT OF $859.77

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/28/2022