**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  BRIAN M. HECKMAN<br>  JESSE D. HECKMAN<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>           Movant<br>               vs.<br>  BRIAN M. HECKMAN<br>  JESSE D. HECKMAN<br><br>           Respondents | Case No.17-11306CMB<br><br><br>Chapter 13<br><br><br>Related to:  Document No. 114 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

   AND NOW, this   30th    day of December, 20 22, it is hereby ORDERED, ADJUDGED, and DECREED that,

Children'S Behavioral Health Inc
Attn: Payroll Manager
210 South Centre St
Pottsville,PA 17901

is hereby ordered to immediately terminate the attachment of the wages of JESSE D. HECKMAN, social security number XXX-XX-3485.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JESSE D. HECKMAN.

BY THE COURT:

*Carlota M. Böhm*        glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
12/30/22 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11306-CMB |
| Brian M. Heckman | Chapter 13 |
| Jesse D. Heckman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Jesse D. Heckman, 326 Sutton Street, Punxsutawney, PA 15767-1444 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth P. Seitz | on behalf of Joint Debtor Jesse D. Heckman thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian M. Heckman thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Dec 30, 2022 Form ID: pdf900 Total Noticed: 1

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
    PNGbankruptcy@peoples-gas.com

Thomas Song

    on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

TOTAL: 8