# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-11306-CMB |
| Brian M. Heckman and | : | |
| Jesse D. Heckman, | : | Chapter 13 |
| Debtors | : | |
| Brian M. Heckman and | : | Docket No. 117 |
| Jesse D. Heckman, | : | |
| Movants | : | |
| v. | : | |
| No Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 10, 2018, at docket number 31, and at docket number 32, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

 This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 13, 2023          By:     /s/ Kenneth P. Seitz, Esquire
                                         Signature
                                         Kenneth P. Seitz, Esquire
                                         Name of Filer - Typed
                                         P.O. Box 211, Ligonier, PA 15658
                                         Address of Filer
                                         TheDebtErasers@aol.com
                                         Email Address of Filer
                                         (814) 536-7470
                                         Phone Number of Filer
                                         81666 Pennsylvania
                                         Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**