**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN M. HECKMAN<br>JESSE D. HECKMAN<br>  Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>  Movant<br>  vs.<br>No Respondents. | Case No.:17-11306<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/11/2017 and confirmed on 2/14/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 88,305.05 |
| Less Refunds to Debtor | | 1,597.96 | |
| TOTAL AMOUNT OF PLAN FUND | | | 86,707.09 |
| | | | |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 3,619.00 | |
|   Trustee Fee | | 3,972.97 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 7,591.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 43,045.60 | 0.00 | 43,045.60 |
|     Acct: 9440 | | | | |
|   PNC BANK NA | 3,819.30 | 3,819.30 | 0.00 | 3,819.30 |
|     Acct: 9440 | | | | |
|   ALLY FINANCIAL(*) | 14,450.00 | 14,450.00 | 1,699.35 | 16,149.35 |
|     Acct: 3193 | | | | |
|   ONE MAIN FINANCIAL OF PA INC FKA SPR | 9,582.70 | 9,582.70 | 1,439.02 | 11,021.72 |
|     Acct: 1101 | | | | |
| | | | | 74,035.97 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN M. HECKMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN M. HECKMAN | 1,214.16 | 1,214.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN M. HECKMAN | 383.80 | 383.80 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,286.13 | 0.00 | 2,286.13 |
|     Acct: 9212 | | | | |
| | | | | 2,286.13 |
| **Unsecured** | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0003 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5542 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4866 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7357 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8457 | | | | |
| US DEPARTMENT OF EDUCATION | 73,750.57 | 2,555.18 | 0.00 | 2,555.18 |
| Acct: 3485 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5189 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0485 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1385 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7385 | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1485 | | | | |
| NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| NORTHWEST BANK ASSGNEE NORTHWE | 1,700.44 | 58.91 | 0.00 | 58.91 |
| Acct: 4504 | | | | |
| PLAIN GREEN LOANS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6224 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 531.90 | 18.43 | 0.00 | 18.43 |
| Acct: 8529 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7705 | | | | |
| ALLY FINANCIAL(*) | 3,903.33 | 135.23 | 0.00 | 135.23 |
| Acct: 3193 | | | | |
| MIDLAND FUNDING LLC | 729.31 | 25.27 | 0.00 | 25.27 |
| Acct: 2497 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6696 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8942 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9446 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,793.02 |

TOTAL PAID TO CREDITORS                                                                  79,115.12

17-11306 Page 3 of 3

```
TOTAL CLAIMED
   PRIORITY           0.00
   SECURED       27,852.00
   UNSECURED     80,615.55
```

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN M. HECKMAN
JESSE D. HECKMAN
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-11306

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11306-CMB |
| Brian M. Heckman | Chapter 13 |
| Jesse D. Heckman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian M. Heckman, Jesse D. Heckman, 326 Sutton Street, Punxsutawney, PA 15767-1444 |
| 14743353 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14743356 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 14743355 | + | Northwest Consumer Dis, 101 E Mahoning St, Punxsutawney, PA 15767-2012 |
| 14743358 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2023 00:20:26 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14743349 | + | Email/Text: bncnotifications@pheaa.org | Feb 25 2023 00:18:00 | Aes/keystone Best, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14751531 | | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14743350 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14743351 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14743352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14743354 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2023 00:18:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14779758 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:17 | LVNV Funding, LLC its successors and assigns as, assignee of General Electric Capital, Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780270 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14780474 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:17 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774498 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14769197 | | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:20:09 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14743357 | + | Email/PDF: cbp@onemainfinancial.com | Feb 25 2023 00:20:21 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14766079 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14743360 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14743840 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14743359 | | Email/Text: bankruptcypgl@plaingreenloans.com | Feb 25 2023 00:19:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 14775887 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14743361 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:11 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14755985 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 25 2023 00:18:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14743362 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 25 2023 00:19:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023           Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Jesse D. Heckman thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian M. Heckman thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |

TOTAL: 9