| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brian M. Heckman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4865<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jesse D. Heckman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3485<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–11306–CMB | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian M. Heckman                               Jesse D. Heckman

<u>4/11/23</u>                                              **By the court:** <u>Carlota M Bohm</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-11306-CMB
Brian M. Heckman  Chapter 13
Jesse D. Heckman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Apr 11, 2023  Form ID: 3180W  Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian M. Heckman, Jesse D. Heckman, 326 Sutton Street, Punxsutawney, PA 15767-1444 |
| 14743353 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14743356 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 14743355 | + | Northwest Consumer Dis, 101 E Mahoning St, Punxsutawney, PA 15767-2012 |
| 14743358 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 12 2023 03:37:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2023 23:48:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14743349 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/keystone Best, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14751531 | | EDI: GMACFS.COM | Apr 12 2023 03:37:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14743350 | + | EDI: GMACFS.COM | Apr 12 2023 03:37:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14743351 | + | EDI: WFNNB.COM | Apr 12 2023 03:37:00 | Comenity Bank/peebles, Po Box 182789, |

Case 17-11306-CMB   Doc 127   Filed 04/13/23   Entered 04/14/23 00:26:59   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 14743352 | + | EDI: WFNNB.COM | Apr 12 2023 03:37:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14743354 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14779758 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV Funding, LLC its successors and assigns as, assignee of General Electric Capital, Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780270 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780474 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774498 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14769197 | | EDI: AGFINANCE.COM | Apr 12 2023 03:37:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14743357 | + | EDI: AGFINANCE.COM | Apr 12 2023 03:37:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14766079 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | PNC BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14743360 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14743840 | + | EDI: RECOVERYCORP.COM | Apr 12 2023 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14743359 | | Email/Text: bankruptcypgl@plaingreenloans.com | Apr 11 2023 23:49:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 14775887 | | EDI: Q3G.COM | Apr 12 2023 03:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14743361 | + | EDI: RMSC.COM | Apr 12 2023 03:37:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14755985 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14743362 | + | EDI: BLUESTEM | Apr 12 2023 03:37:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 30 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Jesse D. Heckman thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian M. Heckman thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank  National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank  National Association pawb@fedphe.com |

TOTAL: 9