IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BRIAN M. HECKMAN<br>JESSE D. HECKMAN<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>vs.<br>No Repondents. | Case No.:17-11306<br><br>Chapter 13<br><br>Related to:  Document No. 120<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___11th___ day of ___April___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/11/23 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11306-CMB |
| Brian M. Heckman | Chapter 13 |
| Jesse D. Heckman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian M. Heckman, Jesse D. Heckman, 326 Sutton Street, Punxsutawney, PA 15767-1444 |
| 14743353 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14743356 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 14743355 | + | Northwest Consumer Dis, 101 E Mahoning St, Punxsutawney, PA 15767-2012 |
| 14743358 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Peter Wapner, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2023 23:57:10 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2023 23:48:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14743349 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 23:48:00 | Aes/keystone Best, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14751531 | | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2023 23:48:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14743350 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2023 23:48:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14743351 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 23:49:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14743352 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 11 2023 23:49:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14743354 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14779758 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:11 | LVNV Funding, LLC its successors and assigns as, assignee of General Electric Capital, Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14780270 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14780474 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 23:57:03 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774498 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2023 23:49:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14769197 | | Email/PDF: cbp@onemainfinancial.com | Apr 11 2023 23:57:17 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14743357 | + | Email/PDF: cbp@onemainfinancial.com | Apr 11 2023 23:57:08 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14766079 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | PNC BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14743360 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2023 23:48:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14743840 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2023 23:57:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14743359 | | Email/Text: bankruptcypgl@plaingreenloans.com | Apr 11 2023 23:49:00 | Plain Green, 93 Mack Road Suite 600, Box Elder, MT 59521 |
| 14775887 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14743361 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 23:57:10 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14755985 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2023 23:49:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14743362 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 11 2023 23:49:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023          Signature:          /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Jesse D. Heckman thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Brian M. Heckman thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |

TOTAL: 9